# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

VS.

Leslie Roberts III
Defendant

CASE NUMBER: CR: 15-CR-20049-Cooke/Torres

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

MIAMI (circled) FT. LAUDERDALE W. PALM BEACH
(CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 2-2-2015 A.M (circled) 640Am P.M.

(2) LANGUAGE SPOKEN: ENGLISH

(3) OFFENSE CHARGED: 18USC 1341/1343 mail+wire fraud

(4) DATE OF BIRTH: 4-1-89

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
{✓} INDICTMENT { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: SD FL

(6) REMARKS: (R) side ribs are a little sore, pre-existing

(7) DATE: 2-2-2015 (8) ARRESTING OFFICER: SA Robert Giczy

(9) AGENCY: FBI (10) PHONE: 754-703-2000

(11) COMMENTS: —