UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20049-CR-COOKE

United States of America,
Plaintiff,

LANGUAGE: English

USM Number: 07346-104

LESLIE ROBERTS III,
Defendant.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Chris M. McAliley on 02/02/15, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENSE COUNSEL: AFPD
BOND SET: $10,000 w/ 10%

Dated: 02/02/15

STEVE LARIMORE
CLERK OF COURT

By: Deputy Clerk