FBI 972272

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

RECEIVED
UNITED STATES MARSHAL
2015 FEB -2 AM 11: 55
SOUTHERN DISTRICT
OF FLORIDA
FERGUSON BLDG

United States of America
v.
LESLIE ROBERTS III,

Case No. 15cr20049-Cooke

Defendant

FILED by SAS D.C.
MAR - 9 2015
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. - MIAMI

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    LESLIE ROBERTS III
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1349; mail and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343.

Date: 1-30-2015

*Issuing officer's signature*

City and state:  Miami, Florida

Steven M. Larimore, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02-02-15, and the person was arrested on *(date)* 02-02-15 at *(city and state)* Miami, FL by FBI. |
| Date: 02-05-15    BY: JOE GODSK, SDUSM, SD/FL *Arresting officer's signature* |
| AMOS ROJAS JR., U.S. MARSHAL, SD/FL *Printed name and title* |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Les Roberts III

$100,000, 10% Cash Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Christopher B. Browne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   S/A Robert Giczy
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
FBI