**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-20049-CR-COOKE**

**UNITED STATES OF AMERICA**

**vs.**

**LESLIE ROBERTS III,**

**Defendant.**
________________________________ /

**GOVERNMENT'S UNOPPOSED MOTION TO**
**CONTINUE SENTENCING HEARING**

The United States of America, through its undersigned counsel, hereby files this unopposed motion to continue the sentencing hearing date and states as follows:

1. This case arises from an indictment charging Defendant Leslie Roberts III with conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1348, and five substantive counts of mail and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343. (See Jan. 30, 2015 Indictment [ECF No. 1]).

2. On March 24, 2015, Mr. Roberts entered a guilty plea as to count 1 of the indictment. (See March 24, 2015 Minute Entry [ECF No. 14]). Mr. Roberts's sentencing hearing is presently scheduled for June 3, 2015. (See March 24, 2015 Notice of Sentencing Hearing [ECF No. 15]).

3. On May 11, 2015, Mr. Roberts filed a document entitled "Position with Respect to Sentencing Factors" ([ECF No. 19]), which document contained a number of objections to portions of the presentence investigation report's ("PSI['s]") recitation of the facts of the case, as well as legal objections concerning his role in the offense, and the loss amount attributable to him under Section 2B1.1(b)(1) of the Sentencing Guidelines. The government responded to those

objections. (See June 2, 2015 Gov't Response to Def. Obj. [ECF No. 21]). Mr. Roberts's also moved, in his papers, for a downward variance from the sentencing guidelines.

4. Presently, the undersigned is in trial in Fort Lauderdale before U.S. District Judge William J. Zloch, in the case of United States v. Beuschel, 15-60029-CR-WJZ. While counsel for the government did not anticipate that the trial would last more than two days, it appears that the trial will continue into Wednesday, June 3rd: the date of Mr. Roberts's sentencing hearing.

5. Given the relative complexity of the case and the nature of Mr. Roberts's objections to the PSI, the undersigned believes that the sentencing hearing will be contested, and that parties and the Court would be better served if the attorney for the government most familiar with the facts of the case were present for the sentencing hearing.

6. For these reasons, the government requests that the sentencing date be continued until the week of June 8, 2015, to allow the undersigned counsel to appear on behalf of the United States.

7. The government has conferred with Assistant Federal Public Defender Eric Cohen, counsel for Mr. Roberts, who advised that he does not oppose the relief sought herein.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ Christopher B. Browne
CHRISTOPHER B. BROWNE
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 91337
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9419
Facsimile: (305) 536-4699
E-mail: christopher.browne@usdoj.gov

**CERTIFICATE OF SERVICE AND CONFERRAL**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on June 2, 2015. I further certify that, pursuant to this Court's Local Rule 88.9(a) and prior to filing this motion, I conferred with defense counsel of record, Assistant Federal Public Defender Eric Cohen, who indicated that he does not oppose the relief sought herein.

/s/ Christopher B. Browne
Assistant United States Attorney