To whom it may concern:

This letter is written by me, Mariah J. Moscone, on behalf of Leslie Roberts. I have known Leslie personally for a little over five years, having first met him at work. It was with great shock that I found out about the charges that Leslie was facing, being that it was so out of character from The Leslie I know.

I first became aware of Leslie's good character when we began working together five years ago. I know Les to be a kind, genuine, hard working person. At work he is always very professional and devoted to do his best work and to make the people around him as happy as possible. He always tries to see the good in people and make sure that nobody has ill feelings towards one another. Leslie is one of the most reliable and dedicated people I know. He always shows up to work on time and covers for people when in need. Overall he makes our working environment as pleasant as possible.

Good character from Les is not only limited to work. Over the past few years I have grown to care about Leslie more and more as a person and a friend. He is someone that I would be able to rely on and call if I ever needed anything and know he would be there for me. Leslie is warmhearted, genuine, and truly a great person inside and out. Les will always try to put a smile on someone's face when they are down and will listen to anyone's problems that they may have. Even if someone does wrong to him, Les doesn't hold grudges and forgives people in an instant.

If Leslie was sent to prison it would be very unfortunate and would upset me dearly. I look at him not only as a great worker and manager, but also someone that I care about outside of the work place. His dedication and devotion to the people he loves is incredible and amazes me every day. Leslie is the type of person that would give the shirt off his back to someone that needed it. He is selfless and inspires me to be a better person.

I feel that both Leslie and the community would be better served if he was not sent to prison. Imprisonment at this time would unnecessarily destroy his future, and deprive society of a potentially valuable citizen. Placing Leslie amongst convicted criminals would only expose him to future negative influences and place him somewhere where he does not belong. I say this not because I am a friend, but because I truly believe so and have Leslie's best interest in mind.

Leslie is a good, trustworthy, and dignified man who has been placed into a terrible position. I truly believe that everyone would be better served if he was kept out of prison and allowed to continue his work and everyday life. I humbly ask you to not alter the direction of the rest of his life based on prior bad decisions and influences that were made. I cannot think of enough kind words to describe Leslie's character. He has a character that everyone else should strive and work to have.

Sincerely,

Mariah J. Moscone

Mariah J. Moscone

The Honorable Judge Cooke; May 29, 2015

I'm writing to you in regards to Leslie Roberts, who I have known for nearly 10 years, he has been a hard working young man who I have never seen him in any trouble before. He has always been very respectable towards me and my family, and will always lend a helping hand to people in need at work or in the neighborhood. I know that he was involved with a crime, but I feel that he might have gotten caught up in that situation and before he knew it was over his head and didn't know which way to turn.

I would hope you can find that Leslie is the individual that I am describing in this letter, and find some leniency in his sentencing, thank you for taking the time to read my letter.

Sincerely;

Edward Cook